IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02000-CMA-KLM

BIRINDER KAUR SHANKAR,

    Plaintiff,

v.

WELLS FARGO BANK NA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Deny Request to Dismiss and Compel an Answer** [#15] (the "Motion"). Although submitted as a Motion, the Court construes the filing as a Response to Defendant's Motion to Dismiss [#13]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED as moot**. The Court **accepts** Plaintiff's filing as a Response to the Motion to Dismiss [#15]. Defendant may file a Reply **on or before December 1, 2014**.

    Dated:  November 17, 2014