IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02000-KLM

BIRINDER KAUR SHANKAR,
Plaintiff,

V

WELLS FARGO BANK N.A.
Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED**

Dated: _June 8 2015_

_____
Hon. Kristen L. Mix
United States Magistrate Judge

*Birinder Kaur Shankar*
Birinder Kaur Shankar
10362 Kelliwood Way
Highlands Ranch, CO 80126
720-212-6503

Pro Se

s/ Darren E. Nadel
Darren E. Nadel
Michelle L. Rosendahl
LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

Attorneys for Defendant
Wells Fargo Bank, N.A.